COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of D. J. B., D. G., D. G., D. G. and D. L. v. Department
of Family and Protective Services

Appellate case number:   01-16-00989-CV

Trial court case number: 2015-26726

Trial court:             309th District Court of Harris County

This is an accelerated appeal from a decree terminating parental rights. On February 15, 2017, appellant filed an *Anders* brief. On February 21, 2017, appellant tendered an amended *Anders* brief without a motion seeking leave to file the amended brief.

We order the amended appellant's brief deemed filed as of February 21, 2017. *See* TEX. R. APP. P. 37.8.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☒ Acting individually

Date: February 23, 2017